# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

1301 Clay Street
Suite 220S
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (415) 581-7420

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**ANTHONY CASTELLANO**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

**DUANE LUMPKIN**
*DEPUTY CHIEF U.S. PROBATION OFFICER*

**JAMES M. SCHLOETTER**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

July 27, 2012

Saundra Brown Armstrong
Senior United States District Judge
San Francisco, California

Re:   Fred Velasquez
      Docket No.: CR09-01148
      INTERNATION TRAVEL REQUEST

Your Honor:

On June 16, 2005, Mr. Velasquez was sentenced in the District of Hawaii to 65 months custody, followed by five years supervised release for violation of the following: Count 1- Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms of Cocaine, 21 U.S.C. §§841(a)(1) and 846, a Class A felony. The following special conditions of supervision were ordered: shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; DNA collection; participate in a substance program, which may include drug and alcohol testing; access to financial information; search.

On November 9, 2009, jurisdiction was transferred to the Northern District of California.

Mr. Velasquez is in compliance with his conditions of supervised release and is requesting permission to travel internationally August 19, 2012, to September 6, 2012. He has submitted a request to travel with his father and siblings to Manila, Philippines to visit his family. Mr. Velasquez is employed part-time with San Francisco Parks and Recreation. All ordered special conditions have be satisfied.

Mr. Velasquez has submitted his final travel itinerary and the undersigned has verified his travel plans.

The undersigned recommends that travel be approved.

Fred Velasquez
CR- CR09-01148

Respectfully submitted,                           Reviewed by:

_____                         _____
Monica Romero                                     Robert Tenney
U.S. Probation Officer                            Supervisory U.S. Probation Officer

Travel is:
☑ Approved
☐ Denied

__8/13/12_____                         _____
Date                                              Saundra Brown Armstrong
                                                  Senior United States District Judge